AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### District of Puerto Rico

| | |
|---|---|
| United States of America<br>v.<br>JADHIEL ANDRES CEDEÑO GOMEZ<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>) 26- 112(M)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __12/29/25 to 02/12/26__ in the county of _____ in the _____ District of __Puerto Rico__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §2422(b) | Coercion and enticement of a minor / Attempt |
| 18 U.S.C. §2252A(a)(2) & (b)(1) | Receipt of child pornography material |
| 18 U.S.C. §2252A(a)(5)(B) & (b)(2) | Possession of child pornography material |

This criminal complaint is based on these facts:
See Affidavit for Criminal Complaint attached.

Reviewed by AUSA Elba Gorbea

☑ Continued on the attached sheet.

_____
Complainant's signature

HSI Special Agent Nicole Osterman
Printed name and title

Sworn to before me and signed in my presence. at 3:30 PM

Date: 2/12/2026

City and state: San Juan, PR

_____
Judge's signature

United States Magistrate Judge Giselle López Soler
Printed name and title