### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, **Nicole Osterman**, being duly sworn, depose and state:

### INTRODUCTION

1. I am a Special Agent with the United States Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI) and have been so employed since April of 2023. I am currently assigned to the San Juan, Puerto Rico office working with the Human Exploitation Investigations Group (HEIG). I investigate criminal violations related to child exploitation and child pornography, including but not limited to the illegal production, attempted production, distribution, receipt, and possession of child pornography, in violation of 18 U.S.C. §2422(b)-coercion and enticement of a minor or attempting to do so; 18 U.S.C. § 2252A(a)(2) & (b)(1)-receipt of child pornography material and 18 U.S.C. §2252A(a)(5)(B) and (b)(2)-possession of child pornography material.

### PURPOSE

2. This Affidavit is made in support of an application for a Criminal Complaint for **Jadhiel Andres CEDEÑO-Gómez** for violations of 18 U.S.C. §2422(b)-coercion and enticement of a minor or attempting to do so; 18 U.S.C. §2252A(a)(2) & (b)(1)-receipt of child pornography material and 18 U.S.C. §2252A(a)(5)(B) and (b)(2)-possession of child pornography material.

### PARAMETERS

3. The facts set forth in this Affidavit are based on my personal observations and information provided to me by other law enforcement officers and individuals. Because I submit this

1

Affidavit for the limited purpose of showing probable cause, I have not included each fact that I have learned in this investigation in this Affidavit. Rather, I have set forth only facts sufficient to establish probable cause to issue a Criminal Complaint for Jadhiel Andres CEDEÑO-Gómez. Additionally, unless indicated otherwise, all statements and conversations described herein are relayed in substance and in part only, rather than verbatim.

## RELEVANT FACTUAL ALLEGATIONS

5. On or about January 7, 2026, HSI HEIG received information involving a seven-year-old male minor (hereinafter MM) who was found to have been communicating with an adult male, later identified as Jadhiel Andres CEDEÑO-Gómez, on the social media platform Tik Tok.

6. On that same date (January 7, 2026), MM's father provided HSI HEIG with consent to search for the cellphone belonging to the minor, to include MM's Tik Tok account. MM's father also provided HSI with consent to assume the online presence of his son's TikTok account. HSI Agents observed the direct messages exchanged between the MM and TikTok user "jadhielcedexxxx.[1]" This conversation was initiated by Tik Tok user "jadhielcedexxxx" on December 29, 2025.

7. Examination of the chats on Tik Tok revealed that between December 29, 2025, and January 7, 2026, the TikTok account holder "jadhielcedexxxx" continued to send

---

[1] For purposes of this Affidavit the username has been redacted.

2

messages to the seven-year-old minor where he wanted to be friends with the MM. The following is an excerpt of the conversation which occurred on December 29, 2025[2]:

"jadhielcedexxxx": Hi, how are you?

MM: Good and you

"jadhielcedexxxx": That's good. I am good thank you. Can we be friends?

MM: yes

"jadhielcedexxxx": Thank you friend. You are cute

---

"jadhielcedexxxx": Hi friend

MM: Hi

"jadhielcedexxxx": How are you?

"jadhielcedexxxx": Can I see you friend

8. On December 30, 2025, "jadhielcedexxxx" continued the conversation with the MM by asking MM how he was and what did he like to do, as shown in the following transcript:

"jadhielcedexxxx": Hi friend, how are you?

"jadhielcedexxxx": Friend, can I ask you something?

"jadhielcedexxxx": How are you my friend?

MM: Good and you?

"jadhielcedexxxx": That's good, I am doing good thank you. What are you doing?

MM: Sitting at home

---

[2] The conversations referenced in this affidavit originally took place in Spanish and were translated into English for the purpose of this affidavit.

3

"jadhielcedexxxx": Oh that's good friend, can I see you in a picture so that I can get to know you

MM: You can see my face in my videos

"jadhielcedexxxx": Oh yes you are cute my friend

MM: thank you

"jadhielcedexxxx": And what do you like to do friend?

MM: play, and you?

"jadhielcedexxxx": Well I like to play, watch television, and spend time with my family and friends and much more.

"jadhielcedexxxx": Can I ask you something?

MM: what

"jadhielcedexxxx": Did you know that I am part of the LGBTTIAQ+ community

MM: Really?

"jadhielcedexxxx": Yes friend. Do you know about LGBTIQ?

MM: yes

"jadhielcedexxxx": That's good friend. Remember that you can also belong to the community

MM: yes but I'm just a boy

"jadhielcedexxxx": I know, but you should know there are boys like you who exist and who are part of the LGBTIQ+ community

MM: Really?

"jadhielcedexxxx": Yes friend, all over the world

4

MM: But I can't because I play basketball

"jadhielcedexxxx": but there are also boys who play basketball and are part of the LGBTIQ+ community

MM: oh okay, but I'm okay

"jadhielcedexxxx": Yes friend. I support you in what you want to do friend, you can trust me.

MM: thanks

"jadhielcedexxxx": Hey I haven't seen you without a shirt in your videos

MM: I'm not allowed

"jadhielcedexxxx": Why not?

MM: My parents won't let me

"jadhielcedexxxx": I understand friend. I wanted to see you without a shirt in a photo.

MM: But I can't sorry

"jadhielcedexxxx": Don't worry friend I understand. When you are by yourself you can do it friend.

9. From December 30, 2025, to January 5, 2026, the user "jadhielcedexxxx" continued to send daily messages to MM, despite receiving no response from MM.

10. On January 7, 2026, an HSI agent, acting in an undercover capacity (hereinafter UC), assumed the online presence of the MM and continued the conversation with "jadhielcedexxxx."

11. On January 11, 2026, the conversation between "jadhielcedexxxx." and UC continued, as shown in excerpt below:

5

"jadhielcedexxxx": You know I care about you a lot friend

UC: Really

"jadhielcedexxxx": Of course friend. You are the best I have had

UC: Really

UC: I'm only seven years old

UC: You are much bigger

"jadhielcedexxxx": Yes, but I care about you a lot. I don't care that you are seven years old.

-----

"jadhielcedexxxx": Oh I understand, but you can keep talking to me friend

"jadhielcedexxxx": And remember that you have the right to talk to whoever you want

"jadhielcedexxxx": I am going to show you some stuff that you will like

UC: What

"jadhielcedexxxx": That I will show you some stuff when you are ready

12. On January 14, 2026, the conversation between "jadhielcedexxxx" and the UC continued. The following is a transcript of the conversation on January 14, 2026:

"jadhielcedexxxx": Hi friend how are you

UC: Tired and you

"jadhielcedexxxx": I am good friend. What are you doing?

UC: I'm doing homework and you

"jadhielcedexxxx": I am here in my bed friend

6

UC: Ok

"jadhielcedexxxx": Yes friend. Do you want to see?

UC: if you want

"Jadhielcedexxxx" sent a photo depicting an adult male's legs laying on a bed, in front of a black fan.

-----

"jadhielcedexxxx": Thanks friend and are you in your bed friend?

UC: No I am doing my homework

"jadhielcedexxxx": Oh good, so that I can see you just like the picture I sent you

UC: oh

"jadhielcedexxxx": Only if you can

UC: I can't now

"jadhielcedexxxx": I know, when you finish your homework friend.

"jadhielcedexxxx": But remember you have to be alone to send the photo

UC: Why

"jadhielcedexxxx": So that no one can see you friend and so you don't get in trouble

13. On or about January 24, 2026, "jadhielcedexxxx" requested that the conversation be moved from Tik Tok to WhatsApp and asked UC for a WhatsApp phone number to continue talking.

14. On or about January 24, 2026, the user identified as "jadhielcedexxxx" contacted an HSI-designated undercover phone number. The conversation subsequently continued on WhatsApp, where "jadhielcedexxxx" requested the UC, whom he believed to be

7

MM, to send photographs and engaged in sexually explicit conversations. "Jadhielcedexxxx" sent a message in the "view only once" setting saying: "I would like you to see my penis, but I can't call you because of your parents."

15. On or about January 24, 2026, "jadhielcedexxxx" sent a video in the "view only once" setting. The video is approximately five (5) seconds long and depicts "jadhielcedexxxx" demonstrating how to perform oral sex movements with his hands. He sent this with a caption that says: "This is how I am going to do it to you friend."

16. On or about January 24, 2026, "jadhielcedexxxx" continued conversations with the UC via WhatsApp, during which he discussed coordinating the pickup of the minor to meet and engage in sexual relations. As part of this coordination, he asked if the minor had ever escaped from school before, how the minor would escape, and how he could ensure that the teachers would not find out.

17. On or about February 4, 2026, HSI Agents served a subpoena to TikTok requesting basic subscriber information for the TikTok user "jadhielcedexxxx." The information provided by TikTok confirmed that Jadhiel Cedeño is the owner of jadhielcedexxxx.

18. HSI agents conducted a search of motor vehicle records databases through the Puerto Rico "Departamento de Transportación y Obras Publicas" (DTOP) DAViD+ system for the name Jadhiel CEDEÑO. Said database provided a license/permit of the subject along with his address, telephone number, a vehicle registered under his name, basic physical information, and photograph.

19. On February 10, 2026, a U.S. Magistrate Judge for the District of Puerto Rico authorized a search warrant for the cellular phone and person of Jahdiel Andres CEDEÑO-Gómez.

20. On or about February 10, 2026, the conversation between "jadhielcedexxxx." and UC continued:

    "jadhielcedexxxx": Are you happy that you are going to see me in person??

    UC: Yes

    "jadhielcedexxxx": you tell me when we see each other

21. On or about February 12, 2026, the conversation between "jadhielcedexxxx." and UC continued:

    "jadhielcedexxxx": I will see you later friend

    UC: I am at the place where we will see each other. (UC sent pin location)

    UC: let me know when you arrive because I will be behind trees so no one sees me. I am in my school uniform

    UC: What car do you have so I can pay attention

    "jadhielcedexxxx": PT cruiser Touring red

    "jadhielcedexxxx": Okay

    UC: Ok

    "jadhielcedexxxx": You are close to your school right so that when we finish?

    UC: Yes

    UC: How long until you get here

    "jadhielcedexxxx": Soon. I'm on my way

9

22. On February 12, 2026, upon the arrival of Jahdiel Andres CEDEÑO-Gómez, HSI executed the authorized search warrant in Bayamon, Puerto Rico. During the execution of the search warrant, HSI Special Agents interviewed Jahdiel Andres CEDEÑO-Gómez after advising him of his constitutional rights. Jahdiel Andres CEDEÑO-Gómez waived his constitutional rights and agreed to be interviewed. During the interview, CEDEÑO-Gómez admitted that:

   a. That he has been chatting with an approximately eight-year-old minor male for approximately one month and their conversations were sexually explicit. They talked about touching themselves and engaging in sexual intercourse.

   b. He coordinated to meet the male minor in person with the intent to engage in sexual relations inside his vehicle.

   c. CEDEÑO-Gómez currently has child pornography images on his cellular device that he is currently part of a chat where child pornography is shared.

23. During a preliminary review of the cellular device, a Samsung Galaxy A-15 with internet capabilities, HSI Agents observed multiple chat communications in a social application between Jadhiel Andres CEDEÑO-Gómez and other users. The following is the description of a sample of the still images and videos found in the chats on the cellular device belonging to Jadhiel Andres CEDEÑO-Gómez.

   1. One image depicts an approximate 8 to 10-year-old male minor laying on his back naked exposing his genital areas.

   2. One video of approximate 7 to 9-year-old male minors engaging in sexual intercourse.

3. One image of an approximate 6- to 7-year-old minor wearing a red shirt laying on his back exposing his penis.

## CONCLUSION

14. Based on the foregoing facts, I respectfully submit that there is probable cause to believe that Jadhiel Andres CEDEÑO-Gómez committed violations of: 18 U.S.C. §2422(b)- coercion and enticement of a minor or attempting to do so, 18 U.S.C. § 2252A(a)(2) & (b)(1)- receipt of child pornography, and 18 U.S.C. §2252A(a)(5)(B) and (b)(2)- possession of child pornography.

Respectfully Submitted.

_____
Nicole Osterman
Special Agent
Homeland Security Investigations

Subscribed and sworn before me, in San Juan, Puerto Rico, on this 12th day of February 2026. at 3:30 pm

_____
Giselle López Soler
United States Magistrate Judge
District of Puerto Rico

11