UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>JADHIEL ANDRES CEDEÑO-GOMEZ,<br>Defendant. | INDICTMENT<br><br>CRIMINAL NO. 26-062 (GMM)<br><br>VIOLATIONS:<br>18 U.S.C. §2422(b) & (f)<br>18 U.S.C. §2252A(a)(2) & (b)(1)<br>18 U.S.C. §2252A(a)(5)(B) & (b)(2)<br><br>THREE COUNTS & TWO<br>FORFEITURE ALLEGATIONS |

**THE GRAND JURY CHARGES:**

### COUNT ONE
**Coercion and Enticement of a Minor**
Title 18, United States Code, Section 2422(b) & (f)

From on or about December 29, 2025, to on or about February 12, 2026, in the District of Puerto Rico, and elsewhere within the jurisdiction of this Court,

**JADHIEL ANDRES CEDEÑO-GOMEZ,**

the defendant herein, using a facility and means of interstate and foreign commerce, did knowingly persuade, induce, entice, and coerce, or attempted to do so, an individual who had not attained the age of eighteen (18) years, that is, a 7-year-old male minor, to engage in any sexual activity for which any person can be charged with a criminal offense. All in violation of Title 18, United States Code, Section 2422(b) & (f).

### COUNT TWO
**Receipt/Distribution of Child Exploitation Material**
Title 18, United States Code, Section 2252A(a)(2) & (b)(1)

From in or about October 2025, to on or about February 12, 2026, in the District of Puerto Rico, and within the jurisdiction of this Court,

**JADHIEL ANDRES CEDEÑO-GOMEZ,**

the defendant herein, did knowingly receive and distribute, using a means and facility of interstate and foreign commerce, and in or affecting interstate and foreign commerce by any means, including by electronic devices, any child pornography, as defined by Title 18, United States Code, Section 2256(8)(A). All in violation of Title 18, United States Code, Section 2252A(a)(2) & (b)(1).

### COUNT THREE
**Possession of Child Exploitation Material**
Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2)

From in or about October 2025, to on or about February 12, 2026, in the District of Puerto Rico, and within the jurisdiction of this Court,

**JADHIEL ANDRES CEDEÑO-GOMEZ,**

the defendant herein, knowingly possessed, any material containing an image of child pornography, as defined by Title 18, United States Code, Section 2256(8)(A), that has been mailed, shipped and transported using any means and facility of interstate and foreign commerce, and in or affecting interstate and foreign commerce, and was produced using materials which had been mailed, shipped and transported in or affecting interstate and foreign commerce by any means, including by computer, that is: the defendant possessed images of child pornography in a cellular phone device. All in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

### FORFEITURE ALLEGATION
(Related to the coercion & enticement of a minor)
Title 18, United States Code, Section 2428

For the purpose of alleging forfeiture, and pursuant to Title 18, United States Code, Section 2428, the allegations contained in COUNT ONE of this Indictment is re-alleged as if fully set forth herein. If convicted of the offense set forth above in COUNT ONE of the Indictment,

**JADHIEL ANDRES CEDEÑO-GOMEZ,**

the defendant herein, shall forfeit to the United States: (1) any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the offense mentioned in COUNT ONE of the Indictment and (2) any property, real or personal, that constitutes or is derived from proceeds traceable to any of the above-mentioned offenses. All in violation of Title 18, United States Code, Section 2428.

## FORFEITURE ALLEGATION
(Related to the receipt, distribution and possession of child pornography material)
Title 18, United States Code, Section 2253

The allegations of this Indictment are re-alleged as if fully set forth herein, for the purpose of alleging forfeiture, pursuant to Title 18, United States Code, Section 2253.

If convicted of the offenses set forth in COUNTS TWO and THREE of the Indictment,

**JADHIEL ANDRES CEDEÑO-GOMEZ,**

the defendant herein, shall forfeit to the United States all materials or property used or intended to be used in the receipt, distribution and possession of child pornography material, including, but not limited to, a cellular phone device. All pursuant to Title 18, United States Code, Section 2253.

W. Stephen Muldrow
United States Attorney

TRUE BILL

FOREPERSON

Date: 2/19/2026

_____
Jenifer Y. Hernández-Vega
Chief, Child Exploitation and Immigration Unit

_____
Elba Gorbea
Assistant United States Attorney
Child Exploitation and Immigration Unit